STEVEN W. MYHRE
Acting United States Attorney
100 West Liberty Street
Suite 600
Reno, Nevada 89501
Telephone: (702) 388-6336

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>KENNETH J. MCKENNA, 　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants. 　　　　　　)<br>_____ ) | Civil No.  CV-N-05-0624 BES (VPC)<br><br>UNITED STATES' MOTION<br>FOR SUMMARY JUDGMENT |

　　　　The United States of America, through its undersigned counsel, hereby moves the Court to enter summary judgment in favor of the United States pursuant to Rule 56 of the Federal Rules of Civil Procedure and against the defendant Kenneth J. McKenna.

　　　　A memorandum in support of the United States' motion and the Declarations of Virginia Cronan Lowe and Maria Kessner are submitted herewith.

　　　　　　　　　　　　　　　　　　　　　　　STEVEN W. MYHRE
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　/s/ Virginia Cronan Lowe
　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA CRONAN LOWE
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

2459179.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' MOTION FOR SUMMARY JUDGMENT has been made this 16th day of May, 2007, by ecf notice addressed to:

andrea@kenmckennalaw.com

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice